IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES L. COPELAND                                       PLAINTIFF

v.                      CIVIL NO. 05-2174

JO ANNE B. BARNHART, Commissioner
Social Security Administration                              DEFENDANT

## **O R D E R**

For reasons stated in a memorandum opinion of this date, we hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g). Plaintiff's motion to introduce new and material evidence is denied as moot.

IT IS SO ORDERED AND ADJUDGED this 3rd day of May 2006.

                                               /s/ Beverly Stites Jones
                                               HON. BEVERLY STITES JONES
                                               UNITED STATES MAGISTRATE JUDGE